In the Matter of Henry L. Crittenden, an Attorney and
Counselor at Law, Respondent.

Fourth Department, June 28, 1940.

*Leland R. Yost* of counsel, for the petitioner.

Per Curiam. Pursuant to the order of reversal of the Court of
Appeals (*Matter of Crittenden*, 280 N. Y. 492) this matter was
again referred to the same official referee for further hearing. The
parties appeared before him and stipulated in evidence a copy of
the contract of November 10, 1923, signed by Crittenden and
Malley together with certain evidence given by Crittenden in an
accounting action brought by Malley against Crittenden under
said contract. Certain other documents were stipulated in evidence.
Crittenden did not take the witness stand in the resubmission
hearing. The official referee has reported the proceedings to this
court together with his findings and a motion has been made to
confirm his findings and supplemental report. The learned official
referee reports in substance that he has examined the new matter
presented, particularly the contract of November 10, 1923, between
Crittenden and Malley, and that he had reconsidered the original
testimony presented before him and he again concludes that
Crittenden was illegally investing his ward's funds either for his
own personal benefit or for his own benefit as paid attorney for
Hetzler and that Crittenden was thereby guilty at least of " pro-
fessional misconduct * * * or any conduct prejudicial to the
administration of justice " under subdivision 2 of section 88 of the
Judiciary Law. The official referee offered no suggestion as to the
punishment to be inflicted, leaving that to this court. We have
re-examined the testimony offered on the original hearing and we

have examined and considered the testimony and documentary evidence offered by Crittenden on the rehearing and the supplemental report of the official referee and we reach the conclusion that the new evidence in no way mitigates the offense of which Crittenden was found guilty on the original hearing. The original and the supplemental report of the official referee should be confirmed and an order of disbarment should be entered.

All concur. Present — CROSBY, P. J., TAYLOR, DOWLING and HARRIS, JJ.

Report of the referee confirmed and order of disbarment entered.